FILED'10 FEB 12 08:36USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SIDNEY and RANDY RAE BRITT, et al., ) | |
| ) | |
| Plaintiffs, ) | CV 08-757-SU |
| ) | |
| v. ) | **ORDER OF DISMISSAL** |
| ) | |
| POLARIS INDUSTRIES, INC., a Minnesota ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |

The Court having accepted the Stipulated Motion to Dismiss With Prejudice [47] signed by all parties and filed herein on February 8, 2010,

IT IS ORDERED that this action is dismissed with prejudice in its entirety, each party to bear its own fees and costs.

Pending motions, if any, are denied as moot.

Dated this 9th day of February, 2010.

PATRICIA SULLIVAN
United States Magistrate Judge